

The Setai Building
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Jack L. Newhouse, Esq.**
jnewhouse@vandallp.com

May 16, 2016

<u>**VIA ECF**</u>
Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *James Raymond, et al. v. Mid-Bronx Haulage, Corp., et al.,*
              Docket No. 15-cv-05803 (RJS)

Dear Judge Ellis,

      This firm is counsel to the Plaintiffs in the above-referenced wage and hour litigation. Plaintiffs write to respectfully request a brief adjournment of the settlement conference schedule for June 7, 2016 to June 16, June 20, June 21, or such other date that is amenable to the Court. The reason for this request is that I will be out of the country on June 7 through June 13, 2016. This is Plaintiffs' first request to adjourn the settlement conference. Defendants consent to Plaintiffs' request.

      Thank you for your time and attention to this matter.

                              Respectfully submitted,

                              <u>/s/Jack L. Newhouse</u>

cc:    Jael Dumornay, Esq. (via ECF)
        Jonathan Bardavid, Esq. (via ECF)