UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RASHEEM STANLEY,

                      Plaintiff,        16 Civ. 5254 (AT)

- against -

MID-BRONX HAULAGE CORP., and
ARNOLD SIRICO,

                      Defendant.
------------------------------------x
JAMES RAYMOND, MARK LEE, and
JOSEPH LILLARD

                      Plaintiffs,       15 Civ. 5803 (AT)

- against -               **SATISFACTION OF JUDGMENT**

MID-BRONX HAULAGE CORP.,
ARNOLD SIRICO, and LOUIS PISACANO

                      Defendant.
------------------------------------x

       WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of RASHEEM STANLEY, JAMES RAYMOND, MARK LEE, and JOSEPH LILLARD, and against MID-BRONX HAULAGE CORP., in favor of Plaintiff Rasheem Stanley in the amount of $10,000; Plaintiff James Raymond in the amount of $25,000; Plaintiff Mark Lee in the amount of $25,000; Plaintiff Joseph Lillard in the amount of $15,000; and Plaintiffs' counsel, Virginia & Ambinder, LLP, in the amount of $315,000 in attorneys' fees and costs, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

       THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
April 5, 2019

                                  VIRGINIA & AMBINDER, LLP

                                  By: _____
                                  Jack L. Newhouse, Esq.
                                  Virginia & Ambinder, LLP
                                  40 Broad Street, 7th Floor
                                  New York, New York 10004 (212) 943-9080

                                  *Attorneys for Plaintiffs*

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF New York       )

On the 5th day of April, 2019 before me personally came Jack Newhouse to me known and known to be a member of the firm of Virginia / Ambinder LLP, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

ALANNA ROSE SAKOVITS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SA6363986
Qualified in Queens County
My Commission Expires 09-05-2021

_____
Notary Public